FILED

2017 OCT 25 PM 3: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CAROL ALEXIS CHEN (Cal. Bar No. 212720)
BENJAMIN R. BARRON (Cal. Bar No. 257094)
Assistant United States Attorneys
Deputy Chiefs, OCDETF Section
RYAN H. WEINSTEIN (Cal. Bar No. 240405)
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorneys
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephones: (213) 894-2428/3542/8957/1259
    Facsimile: (213) 894-0142
    E-mail:    carol.chen@usdoj.gov
                   ben.barron@usdoj.gov
                   ryan.weinstein@usdoj.gov
                   alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 17-432(A) #8 |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| TULIO ALFONSO OCAMPO-GARCIA, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐   1.   Temporary 10-day Detention Requested (§ 3142(d)) on the
          following grounds:

☐ a. present offense committed while defendant was on release pending (felony trial),

☐ b. defendant is an alien not lawfully admitted for permanent residence; and

☐ c. defendant may flee; or

☐ d. pose a danger to another or the community.

☒ 2. Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

☒ a. the appearance of the defendant as required;

☒ b. safety of any other person and the community.

☐ 3. Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

☐ a. defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

☐ b. defendant cannot establish by clear and convincing evidence that he/she will not flee.

☒ 4. Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

☒ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

1   ☐   b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
2         2332b(g)(5)(B) with 10-year or greater maximum penalty
3         (presumption of danger to community and flight risk);
4   ☐   c.   offense involving a minor victim under 18 U.S.C.
5         §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
6         2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
7         2260, 2421, 2422, 2423 or 2425 (presumption of danger
8         to community and flight risk);
9   ☐   d.   defendant currently charged with an offense described
10         in paragraph 5a - 5e below, <u>AND</u> defendant was
11         previously convicted of an offense described in
12         paragraph 5a - 5e below (whether Federal or
13         State/local), <u>AND</u> that previous offense was committed
14         while defendant was on release pending trial, <u>AND</u> the
15         current offense was committed within five years of
16         conviction or release from prison on the above-
17         described previous conviction (presumption of danger to
18         community).
19  ☒   5.   Government Is Entitled to Detention Hearing Under § 3142(f)
20       If the Case Involves:
21   ☐   a.   a crime of violence (as defined in 18 U.S.C.
22         § 3156(a)(4)) or Federal crime of terrorism (as defined
23         in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum
24         sentence is 10 years' imprisonment or more;
25   ☒   b.   an offense for which maximum sentence is life
26         imprisonment or death;
27
28

☐ 7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

Dated: October 25, 2017　　　Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*/s/*

CAROL ALEXIS CHEN
BENJAMIN R. BARRON
RYAN H. WEINSTEIN
ALEXANDER B. SCHWAB
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA